1  JUSTIN HEWGILL (259528)
   DYLAN MORALES (321202)
2  HEWGILL COBB & LOCKARD, APC
   1620 Fifth Avenue, Suite 325,
3  San Diego, CA 92101
   (619) 432-2520  Fax: (619) 377-6026
4  Justin@HCL-LawFirm.com
   Dylan@HCL-LawFirm.com

5  Attorneys for Plaintiff, ALICIA DEL VILLAR

6  PAUL M. GLEASON (SBN: 155569)
   TOREY JOSEPH FAVAROTE (SBN: 198521)
7  JING TONG (SBN: 285061)
   GLEASON & FAVAROTE, LLP
8  4014 LONG BEACH BLVD., STE. 300
   LONG BEACH, CA 90807
9  (213) 452-0510  Fax: (213) 452-0514
   pgleason@gleasonfavarote.com
10 tfavarote@gleasonfavarote.com
   jtong@gleasonfavarote.com
11
   Attorneys for Defendant Transdev Services, Inc.
12

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA DELVILLAR, an individual,<br><br>                Plaintiff,<br><br>        v.<br><br>TRANSDEV SERVICES, INC. and DOES 1 through 25, inclusive,<br><br>                Defendants. | Case No. 3:18-cv-01721-W-MDD<br><br>**NOTICE OF MOTION FOR DETERMINATION OF DISCOVERY DISPUTES**<br><br>Date:    April 18, 2019<br>Time:<br>Judge:   Hon. Mitchell Dembin<br>Dept.:<br><br>State Action Filed:  May 17, 2018<br>Removal Filed:      July 26, 2018<br>Trial Date:         None |

PLEASE TAKE NOTICE that Plaintiff will and hereby do move this Court pursuant to Federal Rule of Civil Procedure 37 for orders compelling further discovery with respect to Plaintiff's Request for Admissions and Interrogatories. Plaintiffs will also move for costs and attorney's fees associated with bringing this motion in accordance with Federal Rule of Civil Procedure 37(a)(5).

Good cause exists to hear and grant this motion to compel despite the expert discovery cut-off of March 29, 2019. The discovery disputes regarding written discovery arose on April 1, 2019, when Defendant produced inadequate discovery responses despite approximately five-weeks of extensions, and the dispute ripened only after Plaintiffs' attempts to resolve this dispute with Defendants during the following weeks were unproductive. Plaintiff has brought this motion as soon as practicable after Defendant failed to respond to Plaintiff's meet and confer letter on April 17, 2019, as had been previously agreed on. Further, Defendant's counsel has engaged in an extensive pattern of improper and evasive behavior throughout discovery that, without intervention of this Court, will have the effect of obstructing Plaintiff from discovery to which she is fairly entitled, thereby prejudicing Plaintiff and rewarding Defendant's counsel's improper discovery tactics.

Defendant contests that good cause exists to grant the motion to compel. Plaintiff sat on her discovery and was not diligent in prosecuting this case. Plaintiff did not serve initial discovery in this case until January 22, 2019, with responses due a mere month before the discovery completion date, and the depositions were scheduled by Plaintiff unilaterally for **after** the discovery completion date. (Emphasis added.) Defendant has diligently defended this case and sent out its discovery on October 9, 2018, took the Plaintiff's deposition on February 22, 2019 (well within the discovery completion deadline) and filed its Motion for Summary Judgment, to be decided on June 10, 2019. This case has one cause of action, for retaliation and a derivative cause of action for wrongful termination. There is no reason that Plaintiff needed to prolong issuing discovery in this case. The discovery

1.
**NOTICE OF MOTION FOR DETERMINATION OF DISCOVERY DISPUTES**
**USDC CASE NO. 3:18-CV-01721-W-MDD**

1  completion date has already passed, along with the deadline to file pre-trial motions,
2  and the Motion to Compel should be denied.  Likewise, Defendant has provided
3  substantive responses to discovery and there is no need for this Motion to Compel.
4  Defendant responded to the meet and confer letter by providing supplemental and
5  amended supplemental responses to each discovery requested in the meet and confer
6  letter.  Lastly, Plaintiff failed to properly meet and confer under Chamber Rules and
7  the Motion to Compel should be denied.

8      This motion is based on this Notice of Motion and Motion, the memorandum
9  of points and authorities filed herewith, declarations, and attached exhibits, and all
10 pleadings and files on record in this action, as well as any oral argument and
11 evidence that may be presented at any hearing on this motion.

DATED: May 7, 2019

    HEWGILL COBB & LOCKARD, APC
    JUSTIN HEWGILL

By: /s/ Justin Hewgill
    Justin Hewgill

Attorneys for Plaintiff,
ALICIA DEL VILLAR

DATED: May 3, 2019

    GLEASON & FAVAROTE, LLP
    PAUL M. GLEASON
    TOREY JOSEPH FAVAROTE
    JING TONG

By: /s/ Jing Tong
    Jing Tong

Attorneys for Defendant TRANSDEV SERVICES INC.