# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA DEL VILLAR, an individual,<br><br>                         Plaintiff,<br><br>v.<br><br>TRANSDEV SERVICES, INC.;<br>and DOES 1 through 25, inclusive,<br><br>                        Defendants. | Case No.: 18-CV-1721 JLS (MDD)<br><br>**ORDER SETTING STATUS CONFERENCE** |

On July 20, 2021, the Honorable Thomas J. Whelan recused from the above-entitled matter, which was reassigned to this Court for all further proceedings. *See* ECF No. 45. The Court hereby **SETS** a status conference in this matter for 2:00 p.m. on Monday, August 16, 2021, in Courtroom 4D.

**IT IS SO ORDERED.**

Dated: July 28, 2021

                                                *Hon. Janis L. Sammartino*
                                                United States District Judge