# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA DEL VILLAR,<br><br>                                  Plaintiff,<br><br>v.<br><br>TRANSDEV SERVICES, INC.,<br><br>                                  Defendant. | Case No.: 18-cv-01721-JLS-MDD<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>**[ECF No. 48]** |

In light of the Settlement Conference set for November 10, 2021, before Magistrate Judge Dembin (ECF No. 49), the Status Conference previously set for October 7, 2021, before Judge Sammartino (ECF No. 48) is hereby **CONTINUED** to **November 18, 2021**, at **1:30 PM** in Courtroom 4D.

**IT IS SO ORDERED.**

Dated: October 6, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge