UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA DEL VILLAR, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TRANSDEV SERVICES, INC.;<br>and DOES 1 through 25, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 18-CV-1721 JLS (MDD)<br><br>**ORDER VACATING STATUS CONFERENCE AND REQUESTING JOINT STATUS REPORT** |

　　　The Parties are presently scheduled to appear before the Court for a status conference at 3:00 p.m. on March 4, 2022. The Court hereby **VACATES** the status conference and **ORDERS** the Parties instead to submit a Joint Status Report, not to exceed five (5) pages in length, apprising the Court of any developments in this matter since the November 18, 2021 status conference. The Parties **SHALL FILE** the Joint Status Report on or before March 11, 2022. Thereafter, the Court will set a further status conference in due course.

　　　**IT IS SO ORDERED.**

Dated: March 2, 2022

　　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge