UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA DEL VILLAR, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>TRANSDEV SERVICES, INC.;<br>and DOES 1 through 25, inclusive,<br><br>  Defendants. | Case No.: 18-CV-1721 JLS (MDD)<br><br>**ORDER REQUESTING JOINT STATUS REPORT** |

On March 12, 2022, the Parties submitted a Joint Report indicating that they have not engaged in further settlement discussions since the Parties' November 18, 2021 settlement conference but that they are open to continuing settlement negotiations. *See generally* ECF No. 54. As requested by the Parties, the Court **ORDERS** the Parties to file a Joint Status Report with an update on settlement negotiations. The Parties **SHALL FILE** the Joint Status Report <u>on or before April 14, 2022</u>. Thereafter, the Court will set a further status conference in due course.

**IT IS SO ORDERED.**

Dated: March 14, 2022

Hon. Janis L. Sammartino
United States District Judge