UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA DEL VILLAR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRANSDEV SERVICES, INC.;<br>and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 18-CV-1721 JLS (MDD)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S EX PARTE MOTION FOR ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND FOR POSTPONEMENT OF JUNE 30, 2022 FINAL PRETRIAL CONFERENCE**<br><br>(ECF No. 58) |

Presently before the Court is Defendant Transdev Services, Inc.'s *Ex Parte* Motion for Order Permitting Withdrawal and Substitution of Counsel and for Postponement of June 30, 2022 Final Pretrial Conference ("*Ex Parte* Mot.," ECF No. 58). Defendant seeks permission for its current counsel of record—Paul M. Gleason, Torey Joseph Favarote, and Jing Tong of Gleason & Favarote LLP—to withdraw and for substitute counsel—Kathy M. Huynh and Kayt Kopen of Husch Blackwell LLP—to appear in their place. *See id.* at 1–2. Further, in order to give its new counsel the opportunity to review the case file and adequately prepare, Defendant asks the Court to postpone by at least thirty days the June

///

30, 2022 Final Pretrial Conference to a date and time convenient to the Court. *Id.* at 2. Counsel for Plaintiff Alicia del Villar has consented to the request. *See id.*

Good cause appearing, the Court **GRANTS IN PART** Defendant's *Ex Parte* Motion. The Clerk of the Court **SHALL TERMINATE** Gleason & Favarote LLP as counsel of record for Defendant and cease delivery of all further Notices of Electronic Filing thereto. The Clerk of the Court **SHALL SUBSTITUTE** Kathy M. Huynh of Husch Blackwell LLP as counsel of record for Defendant and direct delivery of all further Notices of Electronic Filing to her. Further, the Court **RESETS** the Final Pretrial Conference in this matter to <u>1:30 p.m. on Thursday, August 4, 2022</u>.

However, given that Kayt Kopen is neither admitted to practice in the bar of this Court nor seemingly a member of the State Bar of California, the Court **DENIES** Defendant's *Ex Parte* Motion to substitute her as counsel of record for Defendant. *See* S.D. Cal. CivLR 83.3(c)(2) (providing that "only members of the bar of this court will practice in this court"). Instead, Ms. Kopen may enter her appearance in this matter by filing an application to appear pro hac vice in accordance with Civil Local Rule 83.3(c)(4).

**IT IS SO ORDERED.**

Dated: May 24, 2022

Hon. Janis L. Sammartino
United States District Judge