UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA DEL VILLAR, an individual,<br><br>                            Plaintiff,<br><br>v.<br><br>TRANSDEV SERVICES, INC.;<br>and DOES 1 through 25, inclusive,<br><br>                            Defendants. | Case No.: 18-CV-1721 JLS (MDD)<br><br>**ORDER REGARDING PLAINTIFF'S NOTICE OF SETTLEMENT AND ORDER TO VACATE TRIAL, AND ALL RELATED, DATES**<br><br>(ECF No. 62) |

      Presently before the Court is Plaintiff Alicia Del Villar's Notice of Settlement and Order to Vacate Trial, and All Related, Dates ("Notice," ECF No. 62). The Notice indicates that "[t]he parties are pleased to report that this matter has settled in all respects," and that "[they] request that the Court remove the trial date, and all other related dates, from the Court calendar." *Id.* at 2.

      Good cause appearing, the Court **VACATES** all dates and deadlines presently pending in this matter, including, *inter alia*, the August 4, 2022 final pretrial conference.

      **IT IS SO ORDERED.**

Dated: July 11, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge
