UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA DEL VILLAR, an individual,<br><br>                                      Plaintiff,<br><br>v.<br><br>TRANSDEV SERVICES, INC.;<br>and DOES 1 through 25, inclusive,<br><br>                                      Defendants. | Case No.: 18-CV-1721 JLS (MDD)<br><br>**ORDER CLARIFYING<br>JULY 11, 2022 ORDER VACATING<br>DATES AND DEADLINES**<br><br>(ECF No. 65) |

On July 11, 2022, the Parties filed a Notice of Settlement and requested that this Court vacate certain dates and deadlines. *See* ECF No. 62. That day, the Court issued an Order vacating all dates and deadlines presently pending in this matter. *See* ECF No. 65. However, the Court did not realize that, in the interim, a Settlement Disposition Conference had been scheduled for August 24, 2022, before Magistrate Judge Michell D. Dembin. *See* ECF Nos. 63–64. Accordingly, the Court clarifies its July 11, 2022 Order as follows: The Court **VACATES** all dates and deadlines presently pending in this matter *except* the Settlement Disposition Conference scheduled for August 24, 2022, at 9:15 a.m.

**IT IS SO ORDERED.**

Dated: July 19, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge