# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA DEL VILLAR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRANSDEV SERVICES, INC.;<br>and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 18-CV-1721 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 67) |

Presently before the Court is the Parties' Joint Motion to Dismiss ("Joint Mot.," ECF No. 67). Good cause appearing given the resolution of this matter to all Parties' satisfaction, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** this action as to all Parties, with each Party to bear its own attorneys' fees and costs. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: August 26, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge